# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>HARVEY QUINTERO-LICEA<br><br><br><br>                    Defendant. | Case No. 14CR3445-CAB<br><br><br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__   Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__   the Court has dismissed the case for unnecessary delay; or

_x_  the Court has granted the motion of the Government for dismissal, without prejudice; or

__   the Court has granted the motion of the defendant for a judgment of acquittal; or
__   a jury has been waived, and the Court has found the defendant not guilty; or

__   the jury has returned its verdict, finding the defendant not guilty;

_x_  of the offense(s) as charged in the Indictment/Information:

8:1324(a)(2)(B)(iii); 18:2 - Bringing in Illegal Aliens Without Presentation; Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 12/17/2015



Hon. William V. Gallo
United States District Judge

FILED
DEC 1 7 2015
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY